# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

January 2, 2020

VIA ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States of America v. Santos E. Quinones**
       **19 Cr. 87 (JGK)**

Hon. Judge Koeltl:

I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Santos Quinones' passport to his partner, Myra Loran, or to a representative from my office. Pretrial Services has informed my office that they can only release Mr. Quinones' passport pursuant to a Court order. Mr. Quinones was sentenced on December 13, 2019, and his case has concluded. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/
Jennifer Willis
Assistant Federal Defender
(212) 417-8743

SO ORDERED:

_____
HONORABLE JOHN G. KOELTL
United States District Judge         1/6/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1-6-2020__