```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
UNITED STATES OF AMERICA,
                                              19-cr-87 (JGK)
        - against -
                                              ORDER
SANTOS E. QUINONES,

                    Defendant.
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The Court received the attached letter in the mail.

**SO ORDERED.**

Dated:   New York, New York
         June 16, 2023

                                    ____/s/ John G. Koeltl____
                                         John G. Koeltl
                                    United States District Judge

Mr. Santos Quinones
4331 Murdock Ave
Bronx, New York 10466

May 22, 2023

The Honorable: John G. Koeltl
U.S. District Court-
Southern District Of New York
500 Pearl Street
New York, NY 10007-1312

**Re: Early Release**

Dear Judge Koeltl:

    Please be advised that I, Santos Quinones, am writing you this letter in hopes that you can perhaps grant me an early release from supervision. On January 9th, 2019 I was arrested and placed under custody in the Metropolitan Correctional Facility. You were the presiding Judge in my case when I entered a plea of guilty on September 5th, 2019, and as my sentencing Judge on December 13th, 2019. As a result, you sentenced me to six months at the Metropolitan Correctional Facility, nine months under an ankle monitor device, which I completed successfully without any problems, and five years under supervised probation. My conduct under supervision can be attested to by my Probation Officer. My current Probation Officer is Ms. Sandra Velez-Garcia in the event that you may have any questions.

    On June 29th, 2020, I started working full time with Buckbinder & Warren LLC as a Maintenance/Porter at 96 Morton Street, New York, NY 10014 (Supervisor: Mr. Jose Perez. (212)741-5329). I enrolled in the Union 32BJ and have been there ever since. I was informed by my Probation Officer that the only one that can grant me an early release is my sentencing Judge, and this is the reason as to why I am humbly and respectfully requesting an early release from supervision. (My Federal Defender Attorney, was Ms. Jennifer E. Willis).

Respectfully Submitted,

*Santos Quinones*
Santos Quinones